```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANA ESTHER CALDERON ORTIZ,                         :
:
                Plaintiff,                      :
:      23-cv-3829 (LJL)
     -v-                                                        :
:      ORDER
PACE UNIVERSITY,                                             :
:
                Defendant.                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant filed a motion to dismiss this action along with a memorandum of law on April 1, 2024. Dkt. Nos. 9–10. Plaintiff has not responded to the motion. Absent a response by Plaintiff by November 4, 2024, the Court will consider the motion to be unopposed.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at her last known address.

      SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge