```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANA ESTHER CALDERON ORTIZ,

               Plaintiff,

    -v-

PACE UNIVERSITY,

               Defendant.
-------------------------------------------------------------------X

23-cv-3829 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On January 7, 2025, the Court granted Defendant's motion to dismiss the complaint of *pro se* Plaintiff Ana Esther Calderon Ortiz ("Plaintiff"). Dkt. No. 13. Plaintiff had not opposed the motion. *Id.* at 1. The Court dismissed the complaint without prejudice and directed that Plaintiff file any amended complaint by March 10, 2025. *Id.* at 8. The Court stated that "[i]n the absence of a timely-filed amendment, the Court will direct the Clerk of Court to close this case." *Id.*

Plaintiff has not filed an amended complaint, nor has she sought an extension or filed any other papers with the Court. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 1, 2025
      New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge